UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CECILY SMOLDT,

              Plaintiff,      CIVIL NO.: 10cv4299 JRT/JSM

v.

CRED X DEBT RECOVERY, LLC,      SUMMONS

              Defendant.

---

TO: CRED X DEBT RECOVERY, LLC, 4252 RIDGE LEA ROAD, BUFFALO, NY 14226-1062.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Mark L. Vavreck, Esq.
    MARTINEAU, GONKO & VAVRECK, PLLC
    Attorneys at Law
    401 North Third Street, Suite 600
    Minneapolis, MN 55401

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of Court within a reasonable period of time after service.

RICHARD D. SLETTEN            DATE
_____
CLERK

_____
(By) DEPUTY CLERK