| | | |
|---|---|---|
| State of: Minnesota | County of: | |
| Court: U.S. District | CIVIL Index #: | 10 CV 4299 JRT/JSM |
| | Date Purchased: | 10/21/2010 |

*Plaintiff/Petitioner:*

**Cecily Smoldt**

*Defendant/Respondent:* vs:

**Cred X Debt Recovery, LLC**

---

State of: NY
County of: Niagara

James A. Catino, being duly sworn, deposes and says: that deponent is not a party to this action,
is over 18 years of age and resides at: Niagara Falls, NY
that on: **11/9/2010** at: **4:36pm** at: 4252 Ridge Lea Road, Suite #106, Amherst, NY 14226
deponent served the within:

**Cover Letter; Summons & Complaint (Jury Trial Demanded)**

\*
\* Return Date if any:

ON: **Cred X Debt Recovery, LLC**

–DECLINED FIRST NAME

CORPORATION  A Collections Agency corporation, by delivering thereat a true copy of each to: Mr. J. Schulz
[X]  personally, deponent knew said corporation so served to be the corporation, described in same as Defendant
and knew said individual to be: CEO ,thereof an authorized person to accept service of process.

DESCRIPTION  SEX: Male,  SKIN COLOR: White,  AGE: 21 - 35 Yrs.,  HEIGHT: 5'9" - 6'0",
[X]  HAIR COLOR: Blonde,  WEIGHT: Over 200 Lbs.,
Other identifying features:
  Glasses

WITNESS FEE  $  the authorizing traveling expenses and one day's witness fee was paid(tendered) to the
[ ]  Defendant.

Sworn to before me on this: 11/10/2010

_____
Notary Public

Nickie S. Hamilton
Notary Public, State of New York
Qualified in Niagara Co.
My Commission Expires
March 31st, 2012

_____ ss
Print name below signature
James A. Catino

XXXXXXXXX  Client File#: